| | |
|---|---|
| 1 | RENE L. VALLADARES |
| | Federal Public Defender |
| 2 | Nevada State Bar No. 11479 |
| | NISHA BROOKS-WHITTINGTON |
| 3 | Assistant Federal Public Defender |
| | 411 E. Bonneville, Ste. 250 |
| 4 | Las Vegas, Nevada 89101 |
| | (702) 388-6577/Phone |
| 5 | (702) 388-6261/Fax |
| | Nisha_Brooks-Whittington@fd.org |

Attorney for Joseph Skeirik

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00251-RFB-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| JOSEPH SKEIRIK, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Joseph Skeirik, that the Sentencing Hearing currently scheduled on July 11, 2019 at 3:15 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than forty-five (45) days.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to gather mitigation information for Mr. Skeirik, which is relevant to the sentencing disposition of this case.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 18th day of June, 2019.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Brian Y. Whang*<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

<pre>
                        UNITED STATES DISTRICT COURT

                              DISTRICT OF NEVADA
</pre>

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSEPH SKEIRIK,<br><br>        Defendant. | Case No. 2:18-cr-00251-RFB-NJK<br><br>**ORDER** |

    IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, July 11, 2019 at 3:15 p.m., be vacated and continued to September 10, 2019 at the hour of 3:00 p.m.

    DATED this 19th day of June, 2019.

                                    RICHARD F. BOULWARE, II
                                    UNITED STATES DISTRICT JUDGE