NICHOLAS A. TRUTANICH
United States Attorney
Nevada State Bar Number 13644
BRIAN WHANG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-5087
brian.whang@usdoj.gov
Attorney for the United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSEPH SKEIRIK,<br><br>        Defendant. | Case No.: 2:18-cr-00251-RFB-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Joseph Skeirik, that the Sentencing Hearing currently scheduled on October 11, 2019 at 1:30 p.m. be vacated and continued to a date and time convenient to the Court, but no earlier than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1

1. Counsel for the government will be traveling outside of the District of Nevada on that date, and is unable to attend the scheduled hearing.

2. The defendant does not object to the continuance

3. The parties agree to the continuance.

This is the second stipulation to be filed herein.

DATED this 13th day of September, 2019.

| NICHOLAS A. TRUTANICH, | RENE L. VALLADARES |
| United States Attorney | Federal Public Defender |

By: /s/ Brian Y. Whang
BRIAN Y. WHANG
Assistant United States Attorney

By: /s/ Nisha Brooks-Whittington
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>JOSEPH SKEIRIK,<br><br>      Defendant. | Case No.: 2:18-cr-00251-RFB-NJK<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for Friday, October 11, 2019 at 1:30 p.m., be vacated and continued to  October 31, 2019  at the hour of  1:30 PM .

DATED this 16th day of September, 2019

_____
HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE