RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Joseph Skeirik

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00251-RFB-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| JOSEPH SKEIRIK, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi Ojeda, Assistant Federal Public Defender, counsel for Joseph Skeirik, that the Revocation Hearing currently scheduled on July 16, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Probation is in the process of investigating additional violations and preparing an addendum. This addendum will likely allege new law violations. Additional time is necessary to review this information and discuss with the defendant.

2. Mr. Sheirik is currently in custody and has his continued detention hearing before the magistrate court on July 15, 2020.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 14 day of July, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Heidi Ojeda*<br>HEIDI OJEDA<br>Assistant Federal Public Defender | By */s/ Brian Y. Whang*<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>JOSEPH SKEIRIK,<br><br>      Defendant. | Case No. 2:18-cr-00251-RFB-NJK<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, July 16, 2020 at 1:30 p.m., be vacated and continued to  July 30, 2020  at the hour of  12 : 30  p .m.; or to a time and date convenient to the court.

    DATED this 14th day of July, 2020.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE