RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Joseph Skeirik

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00251-RFB-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| JOSEPH SKEIRIK, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi Ojeda, Assistant Federal Public Defender, counsel for Joseph Skeirik, that the Revocation Hearing currently scheduled on July 30, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Probation filed an addendum alleging new law violations. The government is in the process of investigating that conduct to decide if they will be bringing additional charges against the defendant.

2. Mr. Sheirik is in custody and agrees to the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 27 day of July, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Heidi Ojeda*<br>HEIDI OJEDA<br>Assistant Federal Public Defender | By */s/ Brian Y. Whang*<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH SKEIRIK,<br><br>    Defendant. | Case No. 2:18-cr-00251-RFB-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, July 30, 2020 at 12:30 p.m., be vacated and continued to August 27, 2020 at the hour of 11:15 a.m.; or to a time and date convenient to the court.

DATED this 27th day of July, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3