RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Joseph Skeirik

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>JOSEPH SKEIRIK,<br><br>　　　　　　Defendant. | Case No. 2:18-cr-00251-RFB-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi Ojeda, Assistant Federal Public Defender, counsel for Joseph Skeirik, that the Revocation Hearing currently scheduled on February 25, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Probation filed an addendum alleging new law violations. The government has indicated that they will be indicting Mr. Sheirik on additional charges stemming from this Petition.

2. Mr. Sheirik is in custody and agrees to the continuance.

3. The parties agree to the continuance.

This is the fifth request for a continuance of the revocation hearing.

DATED this 19th day of February 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ Heidi Ojeda<br>HEIDI OJEDA<br>Assistant Federal Public Defender | By /s/ Brian Y. Whang<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JOSEPH SKEIRIK,<br><br>          Defendant. | Case No. 2:18-cr-00251-RFB-NJK<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, February 25, 2021 at 1:30 p.m., be vacated and continued to   April 8, 2021   at the hour of   9 : 00   a .m.; or to a time and date convenient to the court.

    DATED this 21st day of February 2021.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3