RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Joseph Skeirik

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JOSEPH SKEIRIK,<br><br>        Defendant. | Case No. 2:18-cr-00251-RFB-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Sixth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi Ojeda, Assistant Federal Public Defender, counsel for Joseph Skeirik, that the Revocation Hearing currently scheduled on May 20, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than one hundred and twenty (120) days.

This Stipulation is entered into for the following reasons:

1. Probation filed an addendum alleging new law violations. The government has indicated that they will be indicting Mr. Sheirik on additional charges stemming from this Petition.

2. Mr. Sheirik is in custody and agrees to the continuance.

3. The parties agree to the continuance.

This is the sixth request for a continuance of the revocation hearing.

DATED this 12th day of May 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Heidi Ojeda*<br>HEIDI OJEDA<br>Assistant Federal Public Defender | By */s/ Brian Y. Whang*<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH SKEIRIK,<br><br>　　　　Defendant. | Case No. 2:18-cr-00251-RFB-NJK<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for May 20, 2021 at 11:45 a.m., be vacated and continued to September 23, 2021 at the hour of 10:00 a .m.; or to a time and date convenient to the court.

　　　DATED this 14th day of May 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE