CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
JACOB H. OPERSKALSKI
Assistant United States Attorney
Nevada Bar Number 14746
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
jacob.operskalski@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 18-cr-00251-RFB-NJK |
| Plaintiff, | |
| v. | **Stipulation to Continue Revocation Hearing (Eighth Request)** |
| JOSEPH SKEIRIK, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jacob Operskalski, Assistant United States Attorney, counsel for the United States of America, and Andrew Wong, counsel for the Defendant, Joseph Skeirik, that the Revocation Hearing currently scheduled on December 2, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This is the eight stipulation to continue filed herein. This stipulation is entered into for the following reasons:

1. The defendant is pending trial in Case Number 2:21-cr-00277-GMN-DJA.
2. The defendant is in custody and does not object to the continuance.
3. The parties agree to a continuance.

1   DATED this 30th day of November, 2021.

2   Respectfully submitted,

3

4   CHRISTOPHER CHIOU
    Acting United States Attorney
5

6   /s/ Jacob Operskalski                        /s/ Andrew Wong
    JACOB OPERSKALSKI                            ANDREW WONG
7   Assistant United States Attorney             Counsel for Defendant,
                                                 JOSEPH SKEIRIK
8

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSEPH SKEIRIK,<br><br>  Defendant. | Case No.: 18-cr-00251-RFB-NJK<br><br>~~Proposed~~ Order (Eighth Request) |

IT IS HEREBY ORDERED, based on a showing of good cause, that the Revocation Hearing currently scheduled for December 2, 2021 at 11:45 a.m., be vacated and continued to ___March 3, 2022___ at the hour of _10_: _00_ _a_.m.

Dated this _30th_ day of November, 2021.

_____
THE HONORABLE RICHARD F. BOULEWARE
UNITED STATES DISTRICT JUDGE