RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Joseph Skeirik

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00251-RFB-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Tenth Request) |
| JOSEPH SKEIRIK, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jacob Haile Operskalski, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Joseph Skeirik, that the Revocation Hearing currently scheduled on April 14, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than July 14, 2022.

This Stipulation is entered into for the following reasons:

1. The defendant is pending trial in Case Number 2:21-cr-00277-GMN-DJA. The parties agree that the new federal case should be resolved before the supervised release proceedings.

2. Mr. Sheirik's trial is currently scheduled to commence on July 11, 2022.

3. Mr. Sheirik is in custody and agrees to the continuance.

4. The parties agree to the continuance.

This is the tenth request for a continuance of the revocation hearing.

DATED this 5th day of April, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Keisha K. Matthews*<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By */s/ Jacob Haile Operskalski*<br>JACOB HAILE OPERSKALSKI<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH SKEIRIK,<br><br>    Defendant. | Case No. 2:18-cr-00251-RFB-NJK<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for April 14, 2022 at 2:00 p.m., be vacated and continued to July 21, 2022 at the hour of 9:00 a.m., by videoconference.

   DATED this 6th day of April, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3