RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Joseph Skeirik

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00251-RFB-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Twelfth Request) |
| JOSEPH SKEIRIK, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jacob Haile Operskalski, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Joseph Skeirik, that the Revocation Hearing currently scheduled on October 24, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The defendant is pending trial in Case Number 2:21-cr-00277-CDS-DJA. The parties agree that the new federal case should be resolved before the supervised release proceedings.

2. Mr. Sheirik's trial is currently scheduled to commence on January 9, 2023.

3. Mr. Sheirik is in custody and agrees to the continuance.

4. The parties agree to the continuance.

This is the twelfth request for a continuance of the revocation hearing.

DATED this 17th day of October, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Keisha K. Matthews*<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By */s/ Jacob H. Operskalski*<br>JACOB H. OPERSKALSKI<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00251-RFB-NJK |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| JOSEPH SKEIRIK, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 24, 2022 at 1:00 p.m., be vacated and continued to  January 26, 2023   at the hour of  9 :00  a .m.

DATED this 18th day of October, 2022.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3