OSVALDO E. FUMO, ESQ.
Nevada bar No. 5956
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
JOSEPH SKEIREK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH SKIREK<br><br>Defendant. | Case No.: 2:18-cr-00251-RFB-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br><br>(Thirteenth Request) |

IT IS HEREBY STIPULATED by and between JOSEPH SKIEREK, Defendant, by and through his counsel OSVALDO E. FUMO, ESQ, and the United States of America, JACOB OPERSKALSKI, ESQ., Assistant United States Attorney, that revocation hearing in the above-captioned matter currently scheduled for January 26, 2023, at the hour of 9:00 AM, be vacated and continued to time convenient to the Court but no sooner than 60 days or to a date and time to be set by this Honorable Court.

The Stipulation is entered into for the following reasons:

1. Counsel and the Government agrees to the continuance.

2. Defendant Skeirik is currently in custody and agrees with this continuance.

3. The defendant is pending trial in Case Number 2:21-cr-00277-CDS-DJA. The parties agree that the new federal case should be resolved before the supervised release proceedings.

4. Defendant Skeirek has filed a stipulation to continue the trial in Case Number 2:21-cr-00277-CDS-DJA as new counsel was recently appointed in that case.

1

5. Denial for this request for continuance would deny the parties herein time and the opportunity within which to effectively and thoroughly research and prepare for the hearing in this case, taking into account the exercise of due diligence.

6. Additionally, denial of this request for continuance would result in a miscarriage of justice.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the revocation date.

8. This is the thirteenth request for a continuance of the revocation hearing.

DATED this 8th day of December 2022.

| PITARO & FUMO, CHTD. | UNITED STATES ATTORNEY |
|---|---|
| /s/Osvaldo E. Fumo, Esq. | /s/ Jacob Operskalski, Esq. |
| OSVALDO E. FUMO, ESQ. | JACOB OPERSKALSKI, ESQ. |
| 601 LAS VEGAS BOULEVARD, SOUTH | ASSISTANT UNITED STATES ATTORNEY |
| LAS VEGAS, NEVADA 89101 | 501 LAS VEGAS BOULEVARD SOUTH. #1100 |
| ATTORNEY FOR DEFENDANT JOSEPH SKEIREK | LAS VEGAS, NEVADA 89101 |

|   |   |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                            )<br>            Plaintiff,                        )<br>                                                            )<br>v.                                                       )<br>                                                            )<br>JACOB OPERSKALSKI,                )<br>                                                            )<br>                                                            )<br>            Defendant.                     )<br>_____ ) | Case No.:  2:18-cr-00251-RFB-NJK<br><br>FINDINGS OF FACT AND<br>CONCLUSIONS OF LAW<br><br><br>(Thirteenth Request) |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Counsel and the Government agrees to the continuance.

2. Defendant Skeirik is currently in custody and agrees with this continuance.

3. The defendant is pending trial in Case Number 2:21-cr-00277-CDS-DJA. The parties agree that the new federal case should be resolved before the supervised release proceedings.

4. Defendant Skeirek has filed a stipulation to continue the trial in Case Number 2:21-cr-00277-CDS-DJA as new counsel was recently appointed in that case.

5. Denial for this request for continuance would deny the parties herein time and the opportunity within which to effectively and thoroughly research and prepare for the hearing in this case, taking into account the exercise of due diligence.

6. Additionally, denial of this request for continuance would result in a miscarriage of justice.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the revocation date.

8. This is the thirteenth request for a continuance of the revocation hearing

**CONCLUSIONS OF LAW**

Denial of this request would deny the parties herein the opportunity to effectively and thoroughly prepare for the revocation hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

**ORDER**

**IT IS ORDERED** that the revocation hearing currently scheduled for January 26, 2023 at the hour of 9:30 a.m., be vacated and continued to this __3rd__ day of _____April_____, 2023, at the hour of __10:00__ a.m. in Courtroom __7C__.

DATED this __19th__ of __December__, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES. DISTRICT JUDGE

4